UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| KELVIN J. ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-314 |
| | ) | |
| UNIVERSAL MUSIC GROUP, | ) | |
| THE ISLAND DEF JAM MUSIC | ) | |
| GROUP, and SONY MUSIC | ) | |
| ENTERTAINMENT, | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT AND RECOMMENDATION

As the Court explained in its Report and Recommendation recommending that *Robbins v. Universal Music Group*, No. CV412-292, 2013 WL 1146865 (S.D. Ga. Mar. 19, 2013), be dismissed, copyright infringement plaintiff Kelvin J. Robbins is required to post a valid $100 frivolity bond to file any additional lawsuits in this District. *Id.* at 1-2. He has failed to do so. Hence, this case should also be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 25Th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA