UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELVIN J. ROBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV412-314 |
| UNIVERSAL MUSIC GROUP, THE ISLAND DEF JAM MUSIC GROUP, and SONY MUSIC ENTERTAINMENT, | ) |
| Defendants. | ) |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _April_, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA