FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 APR 11 PM 1:
CLERK L. Moore
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS,

    Plaintiff,

v.

UNIVERSAL MUSIC GROUP,
THE ISLAND DEF JAM MUSIC
GROUP, and SONY MUSIC
ENTERTAINMENT,

    Defendants.

Case No. CV412-314

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _April_, 2013.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA